IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MANTIPLY ENTERPRISES, INC.<br>Doing business as House of<br>Home Theater,<br><br>    Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br><br>NO. 1:09-CV-1176-TCB |

## ORDER

The parties having announced that the above case is settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissal no later than January 5, 2010. Should settlement negotiations fail, parties may move to reopen this case within the designated period set for filing of the dismissal documents.[1]

IT IS SO ORDERED this 29th day of September, 2009.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1]    Administratively closing a case is a docket control device used by the Court for statistical purposes. Parties need only file a motion to reopen the case before the deadline indicated. In addition, this order will not prejudice the rights of the parties to this litigation in any manner.